NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**NISSIM CORP.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**TIME WARNER, INC., WARNER BROS. ENTERTAINMENT, INC., WARNER HOME VIDEO, AND NEW LINE HOME ENTERTAINMENT,**
*Appellees.*

---

2012-1409
(Reexamination No. 95/000,312)

---

On appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon further consideration of the official caption,

IT IS ORDERED THAT:

The revised official caption is reflected above.

FOR THE COURT

AUG 23 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Scott A. McKeown, Esq.
     Raymond T. Chen, Esq.
     David L. Fehrman, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 23 2012

JAN HORBALY
CLERK